THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD N. JONES and ARNOLD SIMS, Appellants.

Argued January 15, 1947; decided May 22, 1947.

*Edward H. Levine* and *Ralph E. Hemstreet* for Edward Jones, appellant.

*Harry Chiert* and *Archibald H. Kurland* for Arnold Sims, appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* and *Henry J. Walsh* of counsel), for respondents.

Judgments of conviction, and order denying motion for a new trial, affirmed; no opinion.

Concur: LEWIS, CONWAY, THACHER, DYE and FULD, JJ.; LOUGHRAN, Ch. J., and DESMOND, J., dissent and vote to reverse and order a new trial on the ground that the interests of justice so require.